UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MORGAN WRIGHT,

    Plaintiff,

vs.                                            Case No.: 2:25-cv-00991-JES-NPM

DR. DENISE M. CARLIN, SUPERINTENDENT
OF LEE COUNTY, FLORIDA SCHOOLS in her
Individual and Official Capacity,

    Defendant.
_____/

## JOINT NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09, the Parties hereby notify the Court they have resolved the above-captioned action.

| | |
|---|---|
| /s/ *Mark Herdman* | /s/ *Douglas B. Szabo* |
| Mark Herdman | Douglas B. Szabo |
| Herdman & Vicari, P.A. | Boy Agnew Potanovic Miller, PLLC |
| 29605 U.S. Hwy 19 North, Suite 110 | 23 Barkley Circle |
| Clearwater, Florida 33761 | Fort Myers, Florida 33907 |
| (727) 785-1769 | (239) 208-6500 |
| (727) 786-4107 (Fax) | (239) 208-6511 (Fax) |
| Florida Bar No. 602566 | Florida Bar No.: 710733 |
| Attorney for Plaintiff | Attorney for Defendant |
| mark@herdviclaw.com | Doug@bapfirm.com |
| suzanne@herdviclaw.com | Johnm@bapfirm.com |
| | Service@bapfirm.com |